United States Courts
Southern District of Texas
FILED
*January 21, 2026*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **FREDERICK JEROME CAMPBELL**, <br><br> Defendant. | Case No.  **4:26-cr-00032** |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

At all times material to this Indictment, *Burger King Company, LLC,* with its headquarters in Miami, Florida, *Taco Bell IP Holder, LLC,* with its headquarters in Irivine, California, and *Whataburger, Inc.,* with its main office in San Antonio, Texas, all with restaurant locations and store products offered throughout the United States, are engaged in the business of retail purchase and sale of consumer goods, which are shipped in and affect interstate and foreign commerce.

## COUNT ONE

### (Interference with Commerce by Robbery)

On or about November 10, 2025, in the Houston Division of the Southern District of Texas, the Defendant,

**FREDERICK JEROME CAMPBELL**,

did obstruct, delay and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951, Subsections (b)(1) and (b)(3), in that the Defendant did unlawfully take and obtain the property of *Burger King Company, LLC,* located at 7806 Bellfort Street, Houston, Texas, which was in the possession and custody of an employee of *Burger King*

*Company, LLC,* namely United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items.

In violation of Title 18, United States Code, Section 1951.

## COUNT TWO

### (Interference with Commerce by Robbery)

On or about November 10, 2025, in the Houston Division of the Southern District of Texas, the Defendant,

**FREDERICK JEROME CAMPBELL**,

did obstruct, delay and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951, Subsections (b)(1) and (b)(3), in that the Defendant did unlawfully take and obtain the property of *Taco Bell IP Holder, LLC,* located at 9406 Cullen Boulevard, Houston, Texas, which was in the possession and custody of an employee of *Taco Bell IP Holder, LLC,* namely United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items.

In violation of Title 18, United States Code, Section 1951.

## COUNT THREE

### (Interference with Commerce by Robbery)

On or about November 12, 2025, in the Houston Division of the Southern District of Texas, the Defendant,

**FREDERICK JEROME CAMPBELL**,

did obstruct, delay and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951, Subsections (b)(1) and (b)(3), in that the Defendant did unlawfully take and obtain the property of *Whataburger, Inc,* located at 6402 Telephone Road,

Houston, Texas, which was in the possession and custody of an employee of *Whataburger, Inc*, namely United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items.

In violation of Title 18, United States Code, Section 1951.

## COUNT FOUR

**(Brandishing a Firearm During the Commission of a Crime of Violence)**

On or about November 12, 2025, in the Houston Division of the Southern District of Texas, the Defendant,

**FREDERICK JEROME CAMPBELL**,

did knowingly use, carry, and brandish a firearm, namely a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as charged in Count Three.

In violation of Title 18, United States Code, Section 924 (c)(1)(A)(ii).

**A TRUE BILL:**

Original Signature on File

**FOREPERSON OF JURY**

**NICHOLAS J. GANJEI**
**UNITED STATES ATTORNEY**

BY: _____
**Tanja Titre**
**Assistant United States Attorney**