United States Courts
Southern District of Texas
FILED

*July 15, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**(1) FREDERICK JEROME CAMPBELL**,
**(2) BRIANNA PERRY**,

Defendants.

**Case No.** 4:26-CR-00032-S

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

At all times material to this Indictment, *Burger King Company, LLC,* with its headquarters in Miami, Florida, *Taco Bell IP Holder, LLC,* with its headquarters in Irvine, California, and *Whataburger, Inc.,* with its main office in San Antonio, Texas, all with restaurant locations and store products offered throughout the United States, are engaged in the business of retail purchase and sale of consumer goods, which are shipped in and affect interstate and foreign commerce.

## COUNT ONE

### (Conspiracy to Interfere with Commerce by Robbery)

Beginning on an unknown date, but no later than on or about November 10, 2025, and continuing through at least on or about November 12, 2025, said dates being approximate, in the Houston Division of the Southern District of Texas, the defendants,

**FREDERICK JEROME CAMPBELL,
BRIANNA PERRY**,

did knowingly and willfully combine, conspire, confederate, and agree with each other and others both known and unknown to the Grand Jury, to unlawfully obstruct, delay and affect interstate and foreign commerce and the movement of articles and commodities in commerce by means of robbery,

1

as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951, Subsections (b)(1) and (b)(3), by unlawfully taking and obtaining the property of businesses engaged in interstate and foreign commerce that was in the possession and custody of employees of said businesses by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items.

In furtherance of and to affect the objectives of the conspiracy, and to accomplish its purposes and objectives, the defendants committed and caused to be committed the following overt acts, among others, in the Southern District of Texas:

Overt Act No. 1: On or about November 10, 2025, **CAMPBELL**, together with others known and unknown to the Grand Jury, robbed an employee of a Burger King within the Southern District of Texas.

Overt Act No. 2: On or about November 10, 2025, **CAMPBELL** and **PERRY**, together with others known and unknown to the Grand Jury, robbed an employee of a Taco Bell within the Southern District of Texas.

Overt Act No. 3: On or about November 12, 2025, **CAMPBELL** and **PERRY**, together with others known and unknown to the Grand Jury, robbed an employee of a Whataburger within the Southern District of Texas.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

### (Interference with Commerce by Robbery)

On or about November 10, 2025, in the Houston Division of the Southern District of Texas, the defendant,

### FREDERICK JEROME CAMPBELL,

did unlawfully obstruct, delay and affect  interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined

in Title 18, United States Code, Section 1951, Subsections (b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of *Burger King Company, LLC,* located at 7806 Bellfort Street, Houston, Texas, which was in the possession and custody of an employee of *Burger King Company, LLC,* namely United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items.

In violation of Title 18, United States Code, Sections 1951.

## COUNT THREE

### (Aiding and Abetting Interference with Commerce by Robbery)

On or about November 10, 2025, in the Houston Division of the Southern District of Texas, the defendants,

**FREDERICK JEROME CAMPBELL**,
**BRIANNA PERRY**,

aided and abetted by one another, did unlawfully obstruct, delay and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951, Subsections (b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of *Taco Bell IP Holder, LLC,* located at 9406 Cullen Boulevard, Houston, Texas, which was in the possession and custody of an employee of *Taco Bell IP Holder, LLC,* namely United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT FOUR

### (Aiding and Abetting Interference with Commerce by Robbery)

On or about November 12, 2025, in the Houston Division of the Southern District of Texas, the defendants,

### FREDERICK JEROME CAMPBELL,
### BRIANNA PERRY,

aided and abetted by one another, did unlawfully obstruct, delay and affect  interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951, Subsections (b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of *Whataburger, Inc,* located at 6402 Telephone Road, Houston, Texas, which was in the possession and custody of an employee of *Whataburger, Inc,* namely United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT FIVE

### (Aiding and Abetting Brandishing a Firearm During the Commission of a Crime of Violence)

On or about November 12, 2025, in the Houston Division of the Southern District of Texas, the defendants,

### FREDERICK JEROME CAMPBELL,
### BRIANNA PERRY,

aided and abetted by one another, did knowingly use, carry, and brandish a firearm, namely a handgun, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as charged in Count Four. In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

_____

**FOREPERSON OF THE GRAND JURY**

**AARON F. REITZ**
**UNITED STATES ATTORNEY**

BY: _____
    **Tanja Titre**
    **Assistant United States Attorney**